# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

### DOCKET NO. 5:03CR21-V

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **FINAL ORDER AND JUDGMENT** |
| **v.** | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| **WARREN BAILEY** | ) | |

On December 10, 2004, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute Oxycodone in violation of 21 U.S.C. §§846 and 841(a)(1).

On July 1, 2006, the United States published in the <u>Statesville Record and Landmark</u>, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has represented that it has served notice on the registered owners of the property by certified mail, return receipt requested. It appears from the record that no such petitions have been filed. Based on the affidavit submitted with the government's motion, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED:**

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final.

All right, title, and interest in the following property, whether real, personal, or mixed, has therefore

been forfeited to the United States for disposition according to law: one Compaq Presario CPU,

Model 7462, serial number 3D01DCTKD0K7.

Signed: September 26, 2006

Richard L. Voorhees
United States District Judge